IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY S. SMITH,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:13cv213-MHT
                               )          (WO)
PATRICK R. DONAHOE,            )
Postmaster General,            )
                               )
    Defendant.                 )
```

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Postmaster General's motion for summary judgment (doc. no. 12) is granted and that judgment is entered in favor of defendant Postmaster General and against plaintiff Jerry S. Smith, with plaintiff Smith taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Smith, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of September, 2015.

                                        /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE